**Order entered December 19, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01226-CV

## IN RE ASHLEY SCOTT ECHOLS, Relator

**Original Proceeding from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-13626**

## ORDER
Before Justices Lang-Miers, Fillmore, and Stoddart

In accordance with this Court's opinion of this date, we **CONDITIONALLY GRANT** relator's petition for writ of mandamus. We **ORDER** the trial court to issue a written order vacating its order of August 23, 2018, within fifteen (15) days of the date of this order. We further **ORDER** the trial court to file with this Court, **within thirty (30) days of the date of this order**, a certified copy of its order issued in compliance with this order. Should the trial court fail to comply with this order, the writ will issue.

/s/     ELIZABETH LANG-MIERS
JUSTICE